### 7195

#### DUNCAN v. E. JONES CO.

DEMURRER is not the proper remedy against a complaint stating several causes of action jumbled in one.

Before DeVore, J., Lexington, June, 1908. Affirmed.

Action by Walter C. Duncan against E. Jones Company. From order overruling demurrer, defendant appeals.

*Messrs. E. L. Asbill* and *Graham & Sturkie,* for appellant, cite: *Two or more causes of action should not be stated together:* 35 S. C., 475, 501; 37 S. C., 199; *sec. 186a, Code of Procedure, does not permit jumbling together of causes of action for malicious prosecution, false arrest, and assault and battery:* 81 S. C., 320; 73 S. C., 271. *Demurrer proper remedy:* Sec. 165, sub. 5, Code of Proc.; 9 S. C., 277; 13 S. C., 317; 24 S. C., 39; 47 S. C., 211; 70 S. C., 89.

*Messrs. Efird & Dreher,* contra, cite: *Demurrer not remedy:* Code of Proc., 188; 24 S. C., 39; 68 S. C., 257.

May 20, 1909. The opinion of the Court was delivered by

MR. JUSTICE GARY. This is an appeal from an order, overruling a demurrer to the complaint, on the ground that several causes of action, have been improperly united.

His Honor, the presiding Judge, ordered "that the demurrer be overruled, for the reason that the complaint, appears to state several causes of action, jumbled in one."

The allegations are set forth, in form as a single cause of action, and the ruling of the Circuit Judge is sustained by the case of *Marion* v. *Charleston,* 68 S. C., 257, 47 S. E., 140.

Appeal dismissed.